UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

Thomas Hearn

Social Security No.:
xxx-xx-0217

Address:
1203 Berkely Street, Durham, 27705-

Case No. 10-81355- -
Chapter 7

Debtor

## ORDER REGARDING
## MOTION TO ABANDON

The hearing regarding the Motion by the Debtor to require the Chapter 7 Trustee to abandon pursuant to 11 U.S.C. § 554(a) the potential claims that the Debtor has against Persels & Associates, P.L.L.C. , was held on on November 17, 2010. Edward C. Boltz appeared on behalf of the Debtor and Stephanie Osborne-Rogers appeared on behalf of the Chapter 7 Trustee and indicated that the Chapter 7 Trustee consented to this Motion.

ACCORDINGLY, the Court hereby finds that any claims the Debtor may have against Persels & Associates, P.L.L.C. are hereby abandoned by the bankruptcy estate. The Court shall retain jurisdiction over this matter.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Derrick T. Bass**,                                Bankruptcy Case No.: 10-80208

Social Security No. xxx-xx-2765
Mailing Address: 2614 Camelia Drive, Apartment G, Durham, NC 27705-

                                         Debtor.

**Derrick T. Bass**,

                                 Plaintiff,    A.P. No.: 10-9049

**Santander Consumer USA Inc. Successor in Interest to Drive Financial Services,**
                                 Defendant.

**SERVICE LIST FOR
ORDER REGARDING MOTION TO ABANDON**

John A. Northen
Chapter 7 Trustee
Post Office Box 2208
Chapel Hill, NC 27514-2208

U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, N.C. 27401

Edward Boltz
1738-D Hillandale Rd.
Tel. No. (919) 286-1695

Thomas Hearn
1203 Berkely Street
Durham, NC 27705-

Persels & Associates, P.L.L.C.
Attn: Managing Agent
29 West Susquehanna Avenue
Suite 400
Towson, MD 21204