# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−81355

IN THE MATTER OF:
Thomas Eugene Hearn    xxx−xx−0217
1203 Berkeley Street
Durham, NC 27705

   Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

   John A. Northen is discharged as trustee of the estate of the above named debtor.

   The Chapter 7 case of the above named debtor is closed.

Dated: 1/11/11

*Catharine R. Aron*
_____
Catharine R. Aron
United States Bankruptcy Judge